FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.
2006 JUN 16 PM 1:34
SIGN _____ by DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ENTERTAINMENT SOFTWARE ASSOCIATION AND ENTERTAINMENT MERCHANTS ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>CHARLES C. FOTI, JR., in his official capacity as Attorney General of the State of Louisiana; and DOUG MOREAU, in his official capacity on behalf of himself as District Attorney for the Parish of East Baton Rouge, and on behalf of a class of similarly situated individuals in their official capacities.<br><br>Defendants. | CIVIL ACTION NO. 06-431-JJB-CN<br><br>SECTION " "<br><br>MAGISTRATE |

### RULE 7.1 DISCLOSURE STATEMENT

Plaintiffs Entertainment Software Association and Entertainment Merchants Association submit this disclosure statement in accordance with Rule 7.1 of the Federal Rules of Civil Procedure; neither entity has a parent corporation or a subsidiary corporation, and neither entity has ten percent or more of its stock owned by a by a publicly-held corporation.

Respectfully submitted,

_____
James A. Brown, T.A. (Bar #14101)
George Denegre, Jr. (Bar #8387)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099
Telephone:   (504) 581-7979
Facsimile:   (504) 556-4108

Attorneys for Entertainment Software Association
and Entertainment Merchants Association

Of Counsel:

Paul M. Smith
Katherine A. Fallow
Matthew S. Hellman
JENNER & BLOCK LLP
601 13th Street, NW, Suite 1200
Washington, DC 20005
Telephone: (202) 639-6000
Facsimile: (202) 639-6066

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served upon Charles C. Foti, Jr., in his official capacity as Attorney General of the State of Louisiana and Doug Moreau, in his official capacity as District Attorney for the Parish of Baton Rouge, by facsimile and/or e-mail with PDF attachment this 11th day of June 2006.

_____

625757_1.DOC