

FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.

2006 JUN 16 PM 1:33

SIGN _____
by DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ENTERTAINMENT SOFTWARE ASSOCIATION AND ENTERTAINMENT MERCHANTS ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>CHARLES C. FOTI, JR., in his official capacity as Attorney General of the State of Louisiana; and DOUG MOREAU, in his official capacity on behalf of himself as District Attorney for the Parish of East Baton Rouge, and on behalf of a class of similarly situated individuals in their official capacities.<br><br>Defendants. | CIVIL ACTION NO. 06-431-JJB-CN<br><br>SECTION " "<br><br>MAGISTRATE<br><br>COMPLAINT-CLASS ACTION |

### LOCAL RULE 65.1 CERTIFICATE OF FURNISHING NOTICE OF FILING TO DEFENDANTS' COUNSEL

NOW INTO COURT comes counsel for Entertainment Software Association and Entertainment Merchants Association, who hereby certifies that, pursuant to Local Rule 65.1, they have furnished (1) actual notice of the time of making this application for injunctive relief, and (2) copies of all pleadings and papers filed in this action to date, to Charles C. Foti, Jr., in his official capacity as Attorney General of the State of Louisiana and Doug Moreau, in his official capacity as District Attorney for the Parish of East Baton Rouge.

Further, undersigned counsel has discussed the application for a temporary restraining order with attorneys at the offices of the Attorney General and the District Attorney for the Parish of East Baton Rouge, who represented that they could accept notice of the application on

Dockets.Justia.com

behalf of their respective offices, and these attorneys have also been notified of the filing of the application and provided with facsimile and PDF copies of the pleadings filed herein.

Respectfully submitted,

_____
James A. Brown, T.A. (Bar #14101)
George Denegre, Jr. (Bar #8387)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

Attorneys for Entertainment Software Association and Entertainment Merchants Association

Of Counsel:

Paul M. Smith
Katherine A. Fallow
Matthew S. Hellman
JENNER & BLOCK LLP
601 13th Street, NW, Suite 1200
Washington, DC 20005
Telephone: (202) 639-6000
Facsimile: (202) 639-6066

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served upon Charles C. Foti, Jr., in his official capacity as Attorney General of the State of Louisiana and Doug Moreau, in his official capacity as District Attorney for the Parish of Baton Rouge, by facsimile and/or e-mail with PDF attachment this 16th day of June 2006.

_____

625070_1.DOC