IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

*FILED U.S. DIST. COURT MIDDLE DIST. OF LA 2006 JUN 16 PM 3:20 SIGN___ by DEPUTY CLERK*

ENTERTAINMENT SOFTWARE ASSOCIATION
AND ENTERTAINMENT MERCHANTS ASSOCIATION

No. 06-431-JJB-CN

VS.

Section "D"

CHARLES C. FOTI, JR., in his official capacity
as Attorney General of the State of Louisiana;
and DOUG MOREAU, in his official capacity
on behalf of himself as District Attorney for the
Parish of East Baton Rouge, and on behalf of a class of
similarly situated individuals in their official capacities

## ORDER GRANTING APPLICATION FOR A TEMPORARY RESTRAINING ORDER

This matter comes before the Court on Plaintiffs' Entertainment Software Association and Entertainment Merchants Association's Application for Temporary Restraining Order. Plaintiffs filed suit seeking to enjoin enforcement of R.S. 14:91.14 ("the Act"). Having reviewed the Plaintiffs' memorandum in support of their application, and having considered the arguments of counsel, the Court hereby orders as follows:

Plaintiffs' Application for a Temporary Restraining Order is GRANTED;

IT IS FURTHER ORDERED that Defendants, CHARLES C. FOTI, JR., in his official capacity as Attorney General of the State of Louisiana; and DOUG MOREAU, in his official capacity on behalf of himself as District Attorney for the Parish of East Baton Rouge, and on behalf of a class of similarly situated individuals in their official capacities, including all class members, and their officers, employees, and representatives, are hereby ENJOINED from enforcing, or directing the enforcement of the Act until resolution of this action or further order of this Court.

IT IS FURTHER ORDERED that a hearing on Plaintiffs' request for a preliminary injunction shall be held on June 27, 2006 at 9:00 a.m.

SO ORDERED this 16th day of June 2006 at 3:00 p.m.

_____
United States District Judge
James J. Brady