## IN THE UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ENTERTAINMENT SOFTWARE ASSOCIATION AND ENTERTAINMENT MERCHANTS ASSOCIATION,** | * * * * | **CIVIL ACTION NO. 06-431-JJB-CN** |
| **Plaintiffs,** | * * | **SECTION "D"** |
| vs. | * * | |
| **CHARLES C. FOTI, JR.**, in his official capacity as Attorney General of the State of Louisiana; and **DOUG MOREAU**, in his official capacity on behalf of himself as District Attorney for the Parish of East Baton Rouge, and on behalf of a class of similarly situated individuals in their official capacities. | * * * * * * * * * | **JUDGE BRADY** **MAGISTRATE JUDGE NOLAND** |
| **Defendants.** | * | |

### EX PARTE MOTION FOR VISITING ATTORNEY TO PARTICIPATE IN A PARTICULAR CASE

NOW COMES George Denegre, Jr., counsel for plaintiffs Entertainment Software Association and Entertainment Merchants Association, and moves the Court, in accordance with Local Rule 83.2.6M, for an Order granting permission for Paul M. Smith of the firm of Jenner & Block LLP, 601 Thirteenth Street, N.W., Suite 1200, South Washington, DC 20005-3823, (202) 637-6000, to participate in the above-captioned case as co-counsel of record for plaintiffs Entertainment Software Association and Entertainment Merchants Association, upon suggesting to the Court that Paul M. Smith is a member of the Bar of the District of Columbia Court of Appeals (the highest court of the District of Columbia) and that he is in good standing, all of which is reflected in the Certificate of Good Standing attached hereto, and upon further suggesting that Paul M. Smith has never been the subject of disciplinary proceedings or criminal

charges, as is stated in the attached Affidavit. Additionally, Paul M. Smith submits the Oath required by L.R. 83.2.6M, as reflected in the attached Affidavit.

Respectfully submitted,

s/ George Denegre, Jr.
James A. Brown, T.A. (Bar #14101)
George Denegre, Jr. (Bar #8387)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099
Telephone:(504) 581-7979

Attorneys for Entertainment Software Association and Entertainment Merchants Association

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served upon Charles C. Foti, Jr., in his official capacity as Attorney General of the State of Louisiana and Doug Moreau, in his official capacity as District Attorney for the Parish of Baton Rouge, by facsimile and/or e-mail with PDF attachment this _____ day of June 2006.

s/ George Denegre, Jr.

-2-
Case 3:06-cv-00431-JJB-CN   Document 8   06/19/2006   Page 2 of 2