IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ENTERTAINMENT SOFTWARE ASSOCIATION AND ENTERTAINMENT MERCHANTS ASSOCIATION, | * * * * | CIVIL ACTION NO. 06-431-JJB-CN |
| Plaintiffs, | * * | SECTION "D" |
| vs. | * * | |
| CHARLES C. FOTI, JR., in his official capacity as Attorney General of the State of Louisiana; and DOUG MOREAU, in his official capacity on behalf of himself as District Attorney for the Parish of East Baton Rouge, and on behalf of a class of similarly situated individuals in their official capacities. | * * * * * * * * * | JUDGE BRADY MAGISTRATE JUDGE NOLAND |
| Defendants. | * | |

## AFFIDAVIT OF PAUL M. SMITH

BEFORE ME, the undersigned authority, personally came and appeared Paul M. Smith, who after being duly sworn, did depose and say that he is a member in good standing of the Bar of the District of Columbia and the District of Columbia Court of Appeals (the highest court of the District of Columbia), among others, and further that no disciplinary proceedings or criminal charges have been instituted against him.

In connection with his request to be a Visiting Attorney, Paul M. Smith gave the following oath: I do solemnly swear that I will support the Constitution of the United States and that I will demean myself uprightly and according to law and the recognized standards of ethics of the legal profession. I do further solemnly swear that I have read the Federal Rules of Civil Procedure, 28 USC; the Federal Rules of Criminal Procedure, 18 USC; the Federal Rules of Evidence, 28 USC; and the Uniform Local Rules of the United States District Court for the

Dockets.Justia.

Middle District of Louisiana, and that I am fully prepared to use and abide by them in my practice before this Court.

_____
PAUL M. SMITH

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 13th DAY
OF June 2006.

_____
NOTARY PUBLIC
Affidavit of Paul M Smith.DOC

Mary E. Hassine
Notary Public, District of Columbia
My Commission Expires 02-14-2010



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

PAUL MARCH SMITH

was on the 18TH day of DECEMBER, 1981 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

    In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 12, 2006.

    GARLAND PINKSTON, JR., CLERK

    By: _____
              Deputy Clerk