## IN THE UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ENTERTAINMENT SOFTWARE ASSOCIATION AND ENTERTAINMENT MERCHANTS ASSOCIATION,** | * * * * | **CIVIL ACTION NO. 06-431-JJB-CN** |
| **Plaintiffs,** | * * | **SECTION "D"** |
| vs. | * * | |
| **CHARLES C. FOTI, JR., in his official capacity as Attorney General of the State of Louisiana; and DOUG MOREAU, in his official capacity on behalf of himself as District Attorney for the Parish of East Baton Rouge, and on behalf of a class of similarly situated individuals in their official capacities.** | * * * * * * * * * | **JUDGE BRADY** **MAGISTRATE JUDGE NOLAND** |
| **Defendants.** | * | |

### UNOPPOSED MOTION TO CONTINUE
### PRELIMINARY INJUNCTION HEARING

NOW INTO COURT, through undersigned counsel, come plaintiffs, Entertainment Software Association and Entertainment Merchants Association, who move the Court to continue the hearing on Plaintiffs' request for preliminary injunction from Tuesday, June 27, 2006 to Friday, June 30, 2006, upon representing the following:

1.

Plaintiffs filed the instant action on June 16, 2003, seeking preliminary and permanent injunctive relief enjoining the enforcement of R.S. 14.91.14.

Dockets.Justia.com

2.

An Order granting a Temporary Restraining Order was signed by the Court on June 16, 2006. In that Order, the Court set the hearing on Plaintiffs' request for a preliminary injunction on June 27, 2006.

3.

Due to scheduling issues, the proposed June 30 date for the preliminary injunction hearing would be far more convenient for Plaintiffs' counsel.

4.

Counsel for defendants, Attorney General Chares C. Foti and District Attorney Doug Moreau, have been contacted and do not object to the requested continuance of the hearing date. Further, counsel for defendants do not object to the continuance of the temporary restraining order through June 30, 2006.

5.

WHEREFORE, Plaintiffs Entertainment Software Association and Entertainment Merchants Association respectfully request that the Court continue the hearing on Plaintiffs' request for preliminary injunction from Tuesday, June 27, 2006 to Friday, June 30, 2006.

Respectfully submitted,

s/ George Denegre, Jr.
James A. Brown, T.A. (Bar #14101)
George Denegre, Jr. (Bar #8387)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

Attorneys for Entertainment Software Association
and Entertainment Merchants Association

Of Counsel:

Paul M. Smith
Katherine A. Fallow
Matthew S. Hellman
JENNER & BLOCK LLP
601 13th Street, NW, Suite 1200
Washington, DC 20005
Telephone: (202) 639-6000
Facsimile: (202) 639-6066

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served upon Charles C. Foti, Jr., in his official capacity as Attorney General of the State of Louisiana and Doug Moreau, in his official capacity as District Attorney for the Parish of Baton Rouge, by facsimile and/or e-mail with PDF attachment this _____ day of June 2006.

                s/ George Denegre, Jr.

626007_1.DOC