## IN THE UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ENTERTAINMENT SOFTWARE ASSOCIATION AND ENTERTAINMENT MERCHANTS ASSOCIATION,** | * * * * | **CIVIL ACTION NO. 06-431-JJB-CN** |
| **Plaintiffs,** | * * | **SECTION "D"** |
| vs. | * * | |
| **CHARLES C. FOTI, JR., in his official capacity as Attorney General of the State of Louisiana; and DOUG MOREAU, in his official capacity on behalf of himself as District Attorney for the Parish of East Baton Rouge, and on behalf of a class of similarly situated individuals in their official capacities.** | * * * * * * * * | **JUDGE BRADY** **MAGISTRATE JUDGE NOLAND** |
| **Defendants.** | * | |

## **O R D E R**

Considering the foregoing Unopposed Motion to Continue Hearing Date,

IT IS ORDERED that the hearing on Plaintiffs' request for a preliminary injunction is continued from June 27, 2006, to June 30, 2006, at 9:00 a.m. at the United States District Court for the Middle District of Louisiana, Baton Rouge, Louisiana.

IT IS FURTHER ORDERED that the Order Granting Application for a Temporary Restraining Order entered by the court on June 16, 2006, shall remain in effect until further order of the Court.

Baton Rouge, Louisiana, this ____ day of June, 2006.

_____
UNITED STATES DISTRICT JUDGE

626010_1.DOC