UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ENTERTAINMENT SOFTWARE
ASSOCIATION AND ENTERTAINMENT
MERCHANTS ASSOCIATION

CIVIL ACTION

VERSUS

NO. 06-431-D

CHARLES C. FOTI, JR., ET AL.

NOTICE TO COUNSEL

An unscheduled status conference was held on Friday, June 16, 2006.

PRESENT:    James A. Brown, Esq.
George Denegre, Jr., Esq.
Counsel for plaintiff

Burton Guidry, Esq. - by telephone
Counsel for State of Louisiana

Steve Danielson, Esq. - by telephone
Counsel for Doug Moreau

The court entered a temporary restraining order and set a hearing on the preliminary injunction for Tuesday, June 27, 2006, at 9:00 a.m.

Baton Rouge, Louisiana, June 19, 2006.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE

By:    _Suzie Edwards_

Suzie Edwards
Courtroom Deputy

Dockets.Justia.com