IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ENTERTAINMENT SOFTWARE ASSOCIATION AND ENTERTAINMENT MERCHANTS ASSOCIATION, | * * * | |
| | * | |
| Plaintiffs, | * * | CIVIL ACTION NO. 06-431 |
| | * | |
| vs. | * | |
| | * | SECTION D |
| CHARLES C. FOTI, JR., in his official | * | |
| capacity as Attorney General of the State of | * | |
| Louisiana; and DOUG MOREAU, in his | * | |
| official capacity on behalf of himself as | * | Judge Brady |
| District Attorney for the Parish of East | * | |
| Baton Rouge, and on behalf of a class of | * | |
| similarly situated individuals in their official | * | |
| capacities. | | |
| | | |
| Defendants. | | |

DECLARATION OF MATTHEW S. HELLMAN

Pursuant to 28 U.S.C. § 1746, I, Matthew S. Hellman, under penalty of perjury state as follows:

1.    I am an attorney at Jenner & Block LLP, 601 13th Street NW, Washington D.C.  I make this declaration to support Plaintiffs' Motion for a Preliminary Injunction.

2.  Attached as Exhibit A is a true and correct copy of the PlayStation 2 version of *God of War*, a videogame manufactured and received from Sony Computer Entertainment, in its entirety and final form.

3.  Attached as Exhibit B is a videotape that contains a true and accurate sample of *God of War* being played.

Dockets.Justia.

4. Attached as Exhibit C is a true and correct copy of the PlayStation 2 version of *Medal of Honor: Frontline*, a videogame manufactured and received from Electronic Arts, Inc., in its entirety and final form.

5. Attached as Exhibit D is a videotape that contains a true and accurate sample of *Medal of Honor: Frontline* being played.

6. Attached as Exhibit E is a true and correct copy of the Xbox version of *Tom Clancy's Rainbow Six 3*, a videogame manufactured and received from Ubisoft, Inc., in its entirety and final form.

7. Attached as Exhibit F is a videotape that contains a true and accurate sample of *Tom Clancy's Rainbow Six 3* being played.

8. Attached as Exhibit G is a true and correct copy of the PlayStation 2 version of *Resident Evil 4*, a videogame manufactured and received from Capcom Entertainment, Inc., in its entirety and final form.

9. Attached as Exhibit H is a videotape that contains a true and accurate sample of *Resident Evil 4* being played.

10. Attached as Exhibit I is a true and correct copy of the Xbox version of *Full Spectrum Warrior*, a videogame manufactured and received from THQ, Inc., in its entirety and final form.

11. Attached as Exhibit J is a videotape that contains a true and accurate sample of *Full Spectrum Warrior* being played.

12. Attached as Exhibit K is a true and correct copy of the Xbox version of *Jade Empire*, a videogame manufactured and received from Microsoft, Inc., in its entirety and final form.

13. Attached as Exhibit L is a videotape that contains a true and accurate sample of *Jade Empire* being played.

Case 3:06-cv-00431-JJB-CN    Document 11-6    06/20/2006    Page 2 of 5

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on June 11 2006

Matthew S. Hellman

# IN THE UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ENTERTAINMENT SOFTWARE ASSOCIATION AND ENTERTAINMENT MERCHANTS ASSOCIATION, | * * * * | CIVIL ACTION NO. 06-431-JJB-CN |
| Plaintiffs, | * * | SECTION "D" |
| vs. | * * | |
| CHARLES C. FOTI, JR., in his official capacity as Attorney General of the State of Louisiana; and DOUG MOREAU, in his official capacity on behalf of himself as District Attorney for the Parish of East Baton Rouge, and on behalf of a class of similarly situated individuals in their official capacities. | * * * * * * * * * | JUDGE BRADY<br><br>MAGISTRATE JUDGE NOLAND |
| Defendants. | * | |

## NOTICE OF MANUAL ATTACHMENT

## EXHIBITS A, B, C, D, E, F, G, H, I, J, K, L TO THE

## DECLARATION OF MATTHEW B. HELLMAN

Exhibit A is a true and correct copy of the PlayStation 2 version of *God of War*, a videogame manufactured and received from Sony Computer Entertainment, in its entirety and final form. On file with the Clerk's office.

Exhibit B is a videotape that contains a true and accurate sample of *God of War* being played. On file with the Clerk's office.

Exhibit C is a true and correct copy of the PlayStation 2 version of *Medal of Honor: Frontline*, a videogame manufactured and received from Electronic Arts, Inc., in its entirety and final form. On file with the Clerk's office.

Exhibit D is a videotape that contains a true and accurate sample of *Medal of Honor: Frontline* being played. On file with the Clerk's office.

Exhibit E is a true and correct copy of the Xbox version of *Tom Clancy's Rainbow Six 3*, a videogame manufactured and received from Ubisoft, Inc., in its entirety and final form. On file with the Clerk's office.

Exhibit F is a videotape that contains a true and accurate sample of *Tom Clancy's Rainbow Six 3* being played. On file with the Clerk's office.

Exhibit G is a true and correct copy of the PlayStation 2 version of *Resident Evil 4*, a videogame manufactured and received from Capcom Entertainment, Inc., in its entirety and final form. On file with the Clerk's office.

Exhibit H is a videotape that contains a true and accurate sample of *Resident Evil 4* being played. On file with the Clerk's office.

Exhibit I is a true and correct copy of the Xbox version of *Full Spectrum Warrior*, a videogame manufactured and received from THQ, Inc., in its entirety and final form. On file with the Clerk's office.

Exhibit J is a videotape that contains a true and accurate sample of *Full Spectrum Warrior* being played. On file with the Clerk's office.

Exhibit K is a true and correct copy of the Xbox version of *Jade Empire*, a videogame manufactured and received from Microsoft, Inc., in its entirety and final form. On file with the Clerk's office.

Exhibit L is a videotape that contains a true and accurate sample of *Jade Empire* being played. On file with the Clerk's office.