UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2006 JUN 20 P 2: 35

SIGN_____
BY DEPUTY CLERK

ENTERTAINMENT SOFTWARE
ASSOCIATION, ET AL.

VERSUS

CHARLES C. FOTI, JR., ET AL.

CIVIL ACTION

NO. 06-431-JJB-CN

### NOTICE AND ORDER

IT IS ORDERED that defendants file a written response to the motion for preliminary injunction on or before June 27, 2006.

Baton Rouge, Louisiana, June 20th, 2006.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA