IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2006 JUN 20 P 2: 35

| | | |
|---|---|---|
| ENTERTAINMENT SOFTWARE ASSOCIATION AND ENTERTAINMENT MERCHANTS ASSOCIATION, | * * * * | CIVIL ACTION NO. 06-431-JJB-CN |
| Plaintiffs, | * * | SECTION "D" |
| vs. | * * | |
| CHARLES C. FOTI, JR., in his official capacity as Attorney General of the State of Louisiana; and DOUG MOREAU, in his official capacity on behalf of himself as District Attorney for the Parish of East Baton Rouge, and on behalf of a class of similarly situated individuals in their official capacities. | * * * * * * * * | JUDGE BRADY

MAGISTRATE JUDGE NOLAND |
| Defendants. | * | |

SIGN_____
BY DEPUTY CLERK

## ORDER

Considering the foregoing Unopposed Motion to Continue Hearing Date,

IT IS ORDERED that the hearing on Plaintiffs' request for a preliminary injunction is continued from June 27, 2006, to June 30, 2006, at 9:00 a.m. at the United States District Court for the Middle District of Louisiana, Baton Rouge, Louisiana.

IT IS FURTHER ORDERED that the Order Granting Application for a Temporary Restraining Order entered by the court on June 16, 2006, shall remain in effect until further order of the Court.

Baton Rouge, Louisiana, this 20th day of June, 2006.

_____
UNITED STATES DISTRICT JUDGE
JAMES J. BRADY

626010_1.DOC

Dockets.Justia.com