IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ENTERTAINMENT SOFTWARE ASSOCIATION AND ENTERTAINMENT MERCHANTS ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>CHARLES C. FOTI, JR., in his official capacity as Attorney General of the State of Louisiana; and DOUG MOREAU, in his official capacity on behalf of himself as District Attorney for the Parish of East Baton Rouge, and on behalf of a class of similarly situated individuals in their official capacities.<br><br>Defendants. | CIVIL ACTION NO. 06-431-JJB-CN<br><br>SECTION "D"<br><br>JUDGE BRADY<br><br>MAGISTRATE JUDGE NOLAND |

### ORDER

Considering the foregoing Ex Parte Motion of George Denegre, Jr. to admit Paul M. Smith as Visiting Attorney,

IT IS ORDERED that Paul M. Smith be permitted to appear and participate as co-counsel for plaintiffs in this matter.

Baton Rouge, Louisiana, this 20th day of June, 2006.

UNITED STATES DISTRICT JUDGE