IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

| | | |
|---|---|---|
| ENTERTAINMENT SOFTWARE ASSOCIATION AND ENTERTAINMENT MERCHANTS ASSOCIATION, | * * * * | CIVIL ACTION NO. 06-431-JJB-CN 4: 03 |
| Plaintiffs, | * * | SECTION "D" SIGN_____ BY DEPUTY CLERK |
| vs. | * * | |
| CHARLES C. FOTI, JR., in his official capacity as Attorney General of the State of Louisiana; and DOUG MOREAU, in his official capacity on behalf of himself as District Attorney for the Parish of East Baton Rouge, and on behalf of a class of similarly situated individuals in their official capacities. | * * * * * * * * * | JUDGE BRADY MAGISTRATE JUDGE NOLAND |
| Defendants. | * | |

## ORDER

Considering the foregoing Ex Parte Motion of George Denegre, Jr. to admit Katherine A. Fallow as Visiting Attorney,

IT IS ORDERED that Katherine A. Fallow be permitted to appear and participate as co-counsel for plaintiffs in this matter.

Baton Rouge, Louisiana, this 20 day of June, 2006.

_____
UNITED STATES DISTRICT JUDGE

624965_1.DOC