# United States District Court RETURN

## MIDDLE DISTRICT OF LOUISIANA

ENTERTAINMENT SOFTWARE ASSOCIATION
AND ENTERTAINMENT MERCHANTS
ASSOCIATION

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: _06-431-JJB-CN_

CHARLES C. FOTI, JR., in his official capacity
as Attorney General of the State of Louisiana;
and DOUG MOREAU, in his official capacity on
behalf of himself as District Attorney for the
Parish of East Baton Rouge, and on behalf of a
class of similarly situated individuals in their
official capacities.

TO: (Name and address of defendant)

**Charles C. Foti, Jr**. in his official capacity as
Attorney General of the State of Louisiana
1885 N. 3rd Street
Baton Rouge, LA 70802

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
James A. Brown
George Denegre, Jr.
Liskow and Lewis
701 Poydras Street
Suite 5000
New Orleans, LA 70139-5099
Attorneys for Entertainment Software Association and Entertainment Merchants Association

n answer to the complaint which is herewith served upon you, within   20 days after service of this summons upon you, exclusive of
e day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You
ust also file your answer with the Clerk of this Court within a reasonable period of time after service.

LAWRENCE TALAMO

CLERK_____                                    JUN 1 6 2006

(BY) DEPUTY CLERK_____


Dockets.Justia.

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | June 30, 2006 |
| Name of SERVER (PRINT)  Jason Cary | TITLE  Licensed Investigator |

*Check one box below to indicate appropriate method of service*

☑ Served Personally upon the Defendant. Place where served:  1885 N. 3rd St. Baton Rouge, LA.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and __ discretion then residing therein.
   Name of person with whom the summons and complaint were left:_____

☐ Returned unexecuted: _____

☐ Other *(specify):*_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___6/30/06___                    _____
                 Date                                     Signature of Server

                                        BOMBET, CASHIO & ASSOCIATES
                                           11220 North Harrell's Ferry Road
                            _____BATON ROUGE, LOUISIANA 70816-0601_____
                               Address of Server (225) 275-0796 FAX (225) 272-3631

As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.