AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## MIDDLE DISTRICT OF LOUISIANA

RETURN

ENTERTAINMENT SOFTWARE ASSOCIATION
AND ENTERTAINMENT MERCHANTS
ASSOCIATION

V.

CHARLES C. FOTI, JR., in his official capacity as Attorney General of the State of Louisiana; and DOUG MOREAU, in his official capacity on behalf of himself as District Attorney for the Parish of East Baton Rouge, and on behalf of a class of similarly situated individuals in their official capacities.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-431-JJB-CN

TO: (Name and address of defendant)

Doug Moreau, in his official capacity on behalf of himself as District Attorney for the Parish of East Baton Rouge, and on behalf of a class of similarly situated individuals in their official capacities.
222 St. Louis Street, 5th Floor
Baton Rouge, LA 70802

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
James A. Brown
George Denegre, Jr.
Liskow and Lewis
701 Poydras Street
Suite 5000
New Orleans, LA 70139-5099
Attorneys for Entertainment Software Association and Entertainment Merchants Association

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK LAWRENCE TALAMO            DATE JUN 16 2006

(BY) DEPUTY CLERK

440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| ervice of the Summons and Complaint was made by me [1] | June 20, 2006 |
| ame of SERVER (PRINT) Jason Cary | TITLE Licensed Investigator |

*Check one box below to indicate appropriate method of service*

☑ Served Personally upon the Defendant. Place where served: 223 St. Louis St. Baton Rouge, LA.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| RAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/20/06
             Date

Signature of Server
BOMBET, CASHIO & ASSOCIATES
11220 North Harrell's Ferry Road
BATON ROUGE, LOUISIANA 70816-0601
Address of Server (225) 275-0796 FAX (225) 272-3631

As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.