IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| ENTERTAINMENT SOFTWARE ASSOCIATION AND ENTERTAINMENT MERCHANTS ASSOCIATION, | * * * * | |
|---|---|---|
| Plaintiffs, | * * | CIVIL ACTION NO. 06-431-JJB-CN |
| vs. | * * | |
| CHARLES C. FOTI, JR., in his official capacity as Attorney General of the State of Louisiana; and DOUG MOREAU, in his official capacity on behalf of himself as District Attorney for the Parish of East Baton Rouge, and on behalf of a class of similarly situated individuals in their official capacities, | * * * * * * * * * | SECTION "D"<br><br>Judge James J. Brady |
| Defendants. | * | |

## EX PARTE MOTION FOR LEAVE TO FILE PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF MOTION FOR A PRELIMINARY INJUNCTION

NOW INTO COURT, through undersigned counsel, come Plaintiffs Entertainment Software Association ("ESA") and Entertainment Merchants Association ("EMA"), who respectfully seek leave to file attached reply memorandum in support of their pending Motion for a Preliminary Injunction. Plaintiffs' reply addresses certain specific arguments raised in

Case 3:06-cv-00431-JJB-CN    Document 22    06/29/2006    Page 1 of 3

Dockets.Justia.

defendants' recently-filed opposition memorandum, and plaintiffs respectfully suggest that their reply will assist the Court in resolving issues before it.

                                        Respectfully submitted,

James A. Brown, T.A. (Bar #14101)
George Denegre, Jr. (Bar #8387)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

and

Paul M. Smith
Katherine A. Fallow
Matthew S. Hellman
JENNER & BLOCK LLP
601 13th Street, NW, Suite 1200
Washington, DC 20005
Telephone: (202) 639-6000
Facsimile: (202) 639-6066

Attorneys for Entertainment Software Association
and Entertainment Merchants Association

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served upon Charles C. Foti, Jr., in his official capacity as Attorney General of the State of Louisiana and Doug Moreau, in his official capacity as District Attorney for the Parish of Baton Rouge, by facsimile this 29 day of June 2006.

IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ENTERTAINMENT SOFTWARE ASSOCIATION AND ENTERTAINMENT MERCHANTS ASSOCIATION, | * * * * | |
| Plaintiffs, | * * | CIVIL ACTION NO. 06-431-JJB-CN |
| vs. | * * | |
| CHARLES C. FOTI, JR., in his official capacity as Attorney General of the State of Louisiana; and DOUG MOREAU, in his official capacity on behalf of himself as District Attorney for the Parish of East Baton Rouge, and on behalf of a class of similarly situated individuals in their official capacities, | * * * * * * * * * | SECTION "D" Judge James J. Brady |
| Defendants. | * | |

## ORDER

Considering the Ex Parte Motion for Leave to File Plaintiffs' Reply Memorandum in Support of Motion for a Preliminary Injunction;

IT IS ORDERED that the Motion is granted and that the reply memorandum attached thereto is hereby filed into the record of this case.

Baton Rouge, Louisiana, this _____ date of _____, 2006.

627443_1.DOC

_____
UNITED STATES DISTRICT JUDGE