IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
M[...] [...] LA

2006 JUN 30 A 10: 15

BY DEPUTY CLERK

| | |
|---|---|
| ENTERTAINMENT SOFTWARE ASSOCIATION AND ENTERTAINMENT MERCHANTS ASSOCIATION, <br><br> Plaintiffs, <br><br> vs. <br><br> CHARLES C. FOTI, JR., in his official capacity as Attorney General of the State of Louisiana; and DOUG MOREAU, in his official capacity on behalf of himself as District Attorney for the Parish of East Baton Rouge, and on behalf of a class of similarly situated individuals in their official capacities, <br><br> Defendants. | CIVIL ACTION NO. 06-431-JJB-CN <br><br> SECTION "D" <br><br> Judge James J. Brady |

## ORDER

Considering the Ex Parte Motion for Leave to File Plaintiffs' Reply Memorandum in Support of Motion for a Preliminary Injunction;

IT IS ORDERED that the Motion is granted and that the reply memorandum attached thereto is hereby filed into the record of this case.

Baton Rouge, Louisiana, this 29th date of JUNE, 2006.

UNITED STATES DISTRICT JUDGE
JAMES J. BRADY

627443_1.DOC