UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
JUNE 30, 2006
BRADY, J.

ENTERTAINMENT SOFTWARE
ASSOCIATION, ET AL

VERSUS

CHARLES C. FOTI, JR. in his
official capacity as Attorney General
of the State of Louisiana, ET AL

CIVIL ACTION

NO. 06-431-D

This cause came on this day for hearing on the Motion for Preliminary

Injunction filed on behalf of plaintiffs, and on the Motion to Dismiss filed on behalf of

defendant, Charles C. Foti, Jr.

PRESENT:    James A. Brown, Esq.
            George Denegre, Jr., Esq.
            Paul M. Smith, Esq.
            Counsel for plaintiffs

            Burton P. Guidry, Esq.
            David Glen Sanders, Esq.
            Roy Mongrue, Esq.
            Patricia Wilkins, Esq.
            Counsel for Charles C. Foti, Jr.

            Doug Moreau, Esq.
            In Proper Person

Counsel present arguments to the court on the Motion to Dismiss.

For the reasons read into the record, which shall constitute the court's Findings

of Fact and Conclusions of Law, subject to such written supplement as the court

deems necessary, the Motion to Dismiss is DENIED in all aspects except as to whether

Dockets.Justia.com

defendant Charles C. Foti, Jr. is a proper defendant in this matter. That portion of the motion to dismiss is taken under advisement.

Counsel present their arguments on the Motion for Preliminary Injunction.

Exhibits filed.

The court takes this matter under advisement.

The Temporary Restraining Order previously issued herein shall remain in full force and effect until the court issues a written ruling on the motion for preliminary injunction.

Shannon Thompson/reporter