UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ENTERTAINMENT SOFTWARE
ASSOCIATION, ET AL.

CIVIL ACTION

VERSUS

NO. 06-431-JJB-CN

CHARLES C. FOTI, JR., ET AL.

**NOTICE AND ORDER**

Considering the forgoing motions (docs. 26 and 27);

IT IS ORDERED that the motion for leave to file an amicus curie brief be and is hereby DENIED.

Baton Rouge, Louisiana, July 19th, 2006.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA

1