# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

### NOTICE OF DOCUMENTS NOT FILED IN RECORD

### CIVIL NO. 06-CV-431-JJB

### ENTERTAINMENT MERCHANTS ASSOC.

### VERSUS

### CHARLES C. FOTI

Transcript of **6-30-06 - Oral Argument**

**FILED ON 7/25/06 IN THE ABOVE CAPTIONED CASE HAVE BEEN PLACED BEHIND THE RECORD**

   HCJ
**DEPUTY CLERK**