IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ENTERTAINMENT SOFTWARE ASSOCIATION AND ENTERTAINMENT MERCHANTS ASSOCIATION, | * * * * | 2006 AUG -9 P 2: 25 |
| Plaintiffs, | * * | CIVIL ACTION NO. 06-431-JJB-CN |
| vs. | * * | |
| CHARLES C. FOTI, JR., in his official capacity as Attorney General of the State of Louisiana; and DOUG MOREAU, in his official capacity on behalf of himself as District Attorney for the Parish of East Baton Rouge, and on behalf of a class of similarly situated individuals in their official capacities, | * * * * * * * * | SECTION "D" Judge James J. Brady |
| Defendants. | * | |

**O R D E R**

Considering the Ex Parte Motion for Leave to File Plaintiffs' Supplemental Memorandum in Support of Motion for a Preliminary Injunction;

IT IS ORDERED that the Motion is granted and that the supplemental memorandum attached thereto is hereby filed into the record of this case.

Baton Rouge, Louisiana, this 9th date of August, 2006.

UNITED STATES DISTRICT JUDGE
James J. Brady

631260_1.DOC