UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ENTERTAINMENT SOFTWARE
ASSOCIATION, ET AL.

VERSUS

CHARLES C. FOTI, ET AL.

CIVIL ACTION

NO. 06-431-JJB

### NOTICE AND ORDER

IT IS ORDERED that a STATUS CONFERENCE be held on Tuesday, August 15, 2006, at 11:00 a.m. Paul Smith may participate by telephone and is directed to call chambers (225-389-4030) at that time.

Baton Rouge, Louisiana, August 10th, 2006.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA