UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ENTERTAINMENT SOFTWARE
ASSOCIATION AND ENTERTAINMENT
MERCHANTS ASSOCIATION

CIVIL ACTION

VERSUS

NO. 06-431-D

CHARLES C. FOTI, JR., ET AL.

## NOTICE TO COUNSEL

A status conference was held on Tuesday, August 15, 2006.

PRESENT:  James A. Brown, Esq.
Paul Smith, Esq. - by telephone
Counsel for plaintiff

Burton Guidry, Esq.
Counsel for State of Louisiana

The court instructed the parties to file any motions they deem necessary within 15 days. Counsel for plaintiff shall file a brief on class representation within two days. Any response shall be filed two days thereafter.

As soon as the briefs are received, the court will rule on the motion for preliminary injunction. The temporary restraining order remains in effect through that time.

The Clerk's office is instructed to send a copy of this notice and all future pleadings to District Attorney Doug Moreau, 222 St. Louis Street, 5th Floor, Baton Rouge, Louisiana, 70801.

Baton Rouge, Louisiana, August 16, 2006.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE

By: _Suzie Edwards_

Suzie Edwards
Courtroom Deputy