```
                                                              FILED
                                                           U.S. DIST. COURT
                     UNITED STATES DISTRICT COURT        MIDDLE DIST. OF LA

                     MIDDLE DISTRICT OF LOUISIANA         2006 AUG 23 AM 11:42

                                                          SIGN_____
                                                              BY DEPUTY CLERK
ENTERTAINMENT SOFTWARE
ASSOCIATION, ET AL
                                                          CIVIL ACTION
VERSUS
                                                          NO. 06-431-D
CHARLES C. FOTI, JR., ET AL
```

EXHIBIT LIST

| NUMBER | DATE FILE | DESCRIPTION |
|---|---|---|
| A | 6/30/06 | Legislative history of Statute |
| P-1 | 6/30/06 | Declaration of Crossan Anderson |
| P-2 | 6/30/06 | Declaration of Ted Price |
| P-3 | 6/30/06 | Declaration of Douglas Lowenstein |
| P-4 | 6/30/06 | Declaration of Matthew Hellman |
| P-5 (in globo) | 6/30/06 | Video-games |