IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ENTERTAINMENT SOFTWARE ASSOCIATION AND ENTERTAINMENT MERCHANTS ASSOCIATION, | * * * * | |
| Plaintiffs, | * * | CIVIL ACTION NO. 06-431-JJB-CN |
| vs. | * * | |
| CHARLES C. FOTI, JR., in his official capacity as Attorney General of the State of Louisiana; and DOUG MOREAU, in his official capacity on behalf of himself as District Attorney for the Parish of East Baton Rouge, and on behalf of a class of similarly situated individuals in their official capacities, | * * * * * * * * * | SECTION "D"<br><br>Judge James J. Brady |
| Defendants. | * | |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, come Plaintiffs Entertainment Software Association and Entertainment Merchants Association, to hereby move, pursuant to Federal Rule of Civil Procedure 56, for summary judgment in their favor and entry of a declaratory judgment and permanent injunction preventing Defendants and their officers, employees, and representatives from enforcing La. R.S. 14:91.14 (the "Act"). As set forth more fully in the Memorandum in Support of Plaintiffs' Motion for Summary Judgment, the Statement of Material Undisputed Facts, and the Declarations of Crossan R. Andersen, Douglas Lowenstein, and Ted Price attached as exhibits to Plaintiffs' Motion for Preliminary Injunction and hereby incorporated by reference, there are no material facts in dispute and Plaintiffs are entitled to summary judgment on their constitutional claims as a matter of law.

Plaintiffs now respectfully request that the Court grant summary judgment to Plaintiffs,

Dockets.Justia.

and issue a declaratory judgment against the Attorney General and the class of all District Attorneys in the State of Louisiana finding the Act unconstitutional. Plaintiffs also move the Court to permanently enjoin the class of all District Attorneys in the State of Louisiana from enforcing the Act.[1] Further, Plaintiffs are reserving their right to move for their attorneys' fees and costs pursuant to 42 U.S.C. § 1988, as requested in the Complaint, after entry of summary judgment, in accordance with Federal Rule of Civil Procedure 54(d)(2) and Local Rule 54.

WHEREFORE, Plaintiffs pray that their motion for summary judgment be granted and that the Court issue a declaratory judgment against the Attorney General and the class of all Louisiana District Attorneys finding the Act unconstitutional and permanently enjoin the class of all Louisiana District Attorneys from enforcing the Act.

Respectfully submitted,

James A. Brown, T.A. (Bar #14101)
George Denegre, Jr. (Bar #8387)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099
Telephone:(504) 581-7979
Facsimile: (504) 556-4108

and

Paul M. Smith
Katherine A. Fallow
Matthew S. Hellman
Duane C. Pozza
JENNER & BLOCK LLP
601 13th Street, NW, Suite 1200
Washington, DC 20005
Telephone: (202) 639-6000

---

[1] Consistent with Plaintiffs' Motion for Class Certification, Plaintiffs request that declaratory relief and permanent injunction be granted against the class of all District Attorneys in the State of Louisiana.

Facsimile: (202) 639-6066

Attorneys for Entertainment Software Association
and Entertainment Merchants Association

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served upon Charles C. Foti, Jr., in his official capacity as Attorney General of the State of Louisiana and Doug Moreau, in his official capacity as District Attorney for the Parish of Baton Rouge, by facsimile this 30 day of August 2006.

634851_1.doc