IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ENTERTAINMENT SOFTWARE ASSOCIATION AND ENTERTAINMENT MERCHANTS ASSOCIATION, | * * * * | CIVIL ACTION NO. 06-431-JJB-CN |
| Plaintiffs, | * * | |
| vs. | * * | SECTION "D" |
| CHARLES C. FOTI, JR., in his official capacity as Attorney General of the State of Louisiana; and DOUG MOREAU, in his official capacity on behalf of himself as District Attorney for the Parish of East Baton Rouge, and on behalf of a class of similarly situated individuals in their official capacities. | * * * * * * * * * | JUDGE BRADY MAGISTRATE JUDGE NOLAND |
| Defendants. | | |

### PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Plaintiffs Entertainment Software Association and Entertainment Merchants Association (collectively, "Plaintiffs") respectfully submit this Motion for Class Certification to certify a defendant class of all District Attorneys in the State of Louisiana in their official capacities, as represented by District Attorney Doug Moreau, District Attorney for the Parish of East Baton Rouge, in his official capacity. Pursuant to the Court's August 24, 2006 Order, Plaintiffs are giving notice to all District Attorneys in the State of this Motion and the accompanying Memorandum. As set forth more fully in the accompanying Memorandum in Support of Plaintiffs' Motion for Class Certification, the proposed class meets and surpasses all requisites of Federal Rule of Civil Procedure 23(a) and 23(b)(2), and the Court should certify the proposed

Dockets.Justia.

class and apply the existing preliminary injunction, and any further decisions in this case, to all members of the class.

WHEREAS, Plaintiffs pray that the Court certify a defendant class of all District Attorneys in the State of Louisiana in their official capacities, as represented by District Attorney Doug Moreau, District Attorney for the Parish of East Baton Rouge, in his official capacity.

Respectfully submitted,

James A. Brown, T.A. (Bar #14101)
George Denegre, Jr. (Bar #8387)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

and

Paul M. Smith
Katherine A. Fallow
Matthew S. Hellman
Duane C. Pozza
JENNER & BLOCK LLP
601 13th Street, NW, Suite 1200
Washington, DC 20005
Telephone: (202) 639-6000
Facsimile: (202) 639-6066

Attorneys for Entertainment Software Association
and Entertainment Merchants Association

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served upon Charles C. Foti, Jr., in his official capacity as Attorney General of the State of Louisiana and Doug Moreau, in his official capacity as District Attorney for the Parish of Baton Rouge, by facsimile this 30 day of August 2006.

/s/ [signature]

634859_1.doc

3

Case 3:06-cv-00431-JJB-CN   Document 44   08/30/2006   Page 3 of 3