



### LISKOW&LEWIS
#### A PROFESSIONAL LAW CORPORATION

ONE SHELL SQUARE
701 POYDRAS STREET, SUITE 5000
NEW ORLEANS, LOUISIANA 70139-5099
TELEPHONE (504) 581-7979
FACSIMILE (504) 556-4108

George Denegre, Jr.

Telephone (504) 556-4119
GDenegre@Liskow.com

August 30, 2006

To:    Louisiana District Attorneys
       *See* Distribution List

Re:    *Entertainment Software Association and Entertainment Merchants Association v. Charles C. Foti, Jr., in his official capacity as Attorney General of the State of Louisiana; and Doug Moreau, in his official capacity as District Attorney for the Parish of East Baton Rouge, and on behalf of a class of similarly situated individuals in their official capacities*, Civil Action No. 06-431-JJB-CN, Section "D," United States District Court, Middle District of Louisiana

Dear Honorable District Attorneys:

       This firm represents the plaintiffs in the captioned action, Entertainment Software Association and Entertainment Merchants Association. The plaintiffs brought the action pursuant to 42 U.S.C. § 1983 seeking declaratory and injunctive relief against enforcement of Act 441 of the 2006 regular session of the Louisiana Legislature, codified at La. R.S. 14:91.14 (the "Act"), and other relief as set forth in the Complaint. Plaintiffs have also requested that the Court certify a defendant class of Louisiana district attorneys pursuant to Rule 23(b)(2) of the Federal Rules of Civil Procedure, with District Attorney Doug Moreau as the class representative.

       On August 24, 2006, the Honorable James Brady issued his Ruling on Motion for Preliminary Injunction and Motion to Dismiss (the "Ruling"). In the Ruling, among other things, Judge Brady enjoined District Attorney Doug Moreau and his agents from enforcing the Act. A copy of the Ruling is enclosed.

       In the Ruling, the Court did not address the merits of the plaintiffs' request for certification of a defendant class of Louisiana district attorneys. Instead, the Court stated that the plaintiffs must file a formal motion for class certification and personally notify by United States mail all the district attorneys in Louisiana of this action.

       In compliance with the Court's Ruling, we write to notify you of this action. In connection therewith, we have also enclosed copies of the following:

1.  Complaint filed by the plaintiffs on June 16, 2006;
2.  Memorandum in Support of Plaintiffs' Motion for Preliminary Injunction filed on June 20, 2006 (along with the supporting Declarations of Douglas Lowenstein, Crossan R. Andersen, Ted C. Price, and Matthew S. Hellman);

822 HARDING STREET
P.O. BOX 52008
LAFAYETTE, LOUISIANA 70505-2008
TELEPHONE (337) 232-7424
FACSIMILE (337) 267-2399

WWW.LISKOW.COM

THREE ALLEN CENTER
333 CLAY STREET, SUITE 3485
HOUSTON, TEXAS 77002-4102
TELEPHONE (713) 651-2900
FACSIMILE (713) 651-2908

Case 3:06-cv-00431-JJB-CN   Document 45-2   08/30/2006

Dockets.Justia.com

3. Defendant Charles C. Foti, Jr.'s Memorandum in Opposition to Plaintiffs' Request for Injunctive Relief filed June 27, 2006;
4. Motion for Class Certification and related papers filed this date; and
5. Motion for Summary Judgment and related papers filed this date;

We will notify you of the dates for the hearings on the Motion for Summary Judgment and Motion for Class Certification once they have been set by the Court.

If you have any questions regarding the foregoing, please do not hesitate to contact me.

Very truly yours,

George Denegre, Jr.

GDJr/np
Enclosures

cc:     The Honorable James J. Brady (w/o encls.)
        Burton Guidry, Esq. (w/o encls.)
        Honorable Douglas Moreau (w/o encls.)
        Paul M. Smith, Esq. (w/o encls.)

# Distribution List

Hon. Paul J. Carmouche
District Attorney
1st Judicial District
501 Texas Street
Shreveport, La  71101-5400

Hon. Walter E. May, Jr
District Attorney
2nd Judicial District
P.O. Drawer 459
Jonesboro, La  71251-0459

Hon. Robert W. Levy
District Attorney
3rd Judicial Distict
P.O. Box 777
Ruston, La  71273-0777

Hon. Jerry L. Jones
District Attorney
4th Judicial District
P.O. Box 1652
Monroe, La  71210-1652

Hon. William R. Coenen, Jr
District Attorney
5th Judicial District
P.O. Box 389
Rayville, La  71269-0389

Hon. James (Buddy) D. Caldwell
District Attorney
6th Judicial District
P O Box 1389
Tallulah, La  71284-1389

Hon. John F. Johnson
District Attorney
7th Judicial District
4001 Carter Street, Room 9
Vidalia, La  71373-3021

Hon. R. Chris Nevils
District Attorney
8th Judicial District
P.O. Drawer 1374
Winnfield, La  71483-1374

Hon. James C. Downs
District Attorney
9th Judicial District
P.O. Drawer 1472
Alexandria, La  71309-1472

Hon. Van H. Kyzar
District Attorney
10th Judicial District
P.O. Box 838
Natchitoches, La  71458-0838

Hon. Don M. Burkett
District Attorney
11th Judicial District
P.O. Box 1557
Many, La  71449-1557

Hon. Charles "Charlie" Riddle, Iii
District Attorney
12th Judicial District
P.O. Box 1200
Marksville, La  71351-1200

Hon. C. Brent  Coreil
District Attorney
13th Judicial District
P.O. Drawer 780
Ville Platte, La  70586-0780

Hon. John Derosier
District Attorney
14th Judicial District
P.O. Box 3206
Lake Charles, La  70602-3206

Hon. Michael Harson
District Attorney
15th Judicial District
P.O. Box 3306
Lafayette, La 70502-3306

Hon. J. Phil Haney
District Attorney
16th Judicial District
300 Iberia Street, Suite 200
New Iberia, La 70560-4583

Hon. Camille A. Morvant Ii
District Attorney
17th Judicial District
P.O. Box 431
Thibodaux, La 70302-0431

Hon. Richard J. Ward, Jr
District Attorney
18th Judicial District
P.O. Drawer 880
Plaquemine, La 70765-0880

Hon. Doug Moreau
District Attorney
19th Judicial District
222 Saint Louis Street
Baton Rouge, La 70802-5878

Hon. Samuel C. D'aquilla
District Attorney
20th Judicial District
P.O. Box 8428
Clinton, La 70722-8428

Hon. Scott M. Perrilloux
District Attorney
21st Judicial District
P.O. Box 639
Amite, La 70422-0639

Hon. Walter P. Reed
District Attorney
22nd Judicial District
701 North Columbia Street
Covington, La 70433-2709

Hon. Anthony G. Falterman
District Attorney
23rd Judicial District
P.O. Drawer 279
Napoleonville, La 70390-0279

Hon. Paul D. Connick, Jr
District Attorney
24th Judicial District
200 Derbigny Street
Gretna, La 70053-5850

Hon. Darryl W. Bubrig, Sr
District Attorney
25th Judicial District
301-A Main Street
Belle Chasse, La 70037-2725

Hon. John "Schuyler" Marvin
District Attorney
26th Judicial District
P.O. Box 69
Benton, La 71006-0069

Hon. Earl B. Taylor
District Attorney
27th Judicial District
P.O. Drawer 1968
Opelousas, La 70571-1968

Hon. J. Reed Walters
District Attorney
28th Judicial District
P.O. Box 1940
Jena, La 71342-1940

Hon. Harry J. Morel, Jr
District Attorney
29th Judicial District
P.O. Box 680
Hahnville, La  70057-0680

Hon. William E. Tilley
District Attorney
30th Judicial District
P.O. Box 1188
Leesville, La  71496-1188

Hon. Michael C. Cassidy
District Attorney
31st Judicial District
P.O. Box 1388
Jennings, La  70546-1388

Hon. Joseph L. Waitz, Jr
District Attorney
32nd Judicial District
P.O. Box 3600
Houma, La  70361-3600

Hon. Douglas L. Hebert, Jr
District Attorney
33rd Judicial District
P.O. Box 839
Oberlin, La  70655-0839

Hon. John F. Rowley
District Attorney
34th Judicial District
P.O. Box 947
Chalmette, La  70044-0947

Hon. James P. "Jay" Lemoine
District Attorney
35th Judicial District
P.O. Box 309
Colfax, La  71417-0309

Hon. David W. Burton
District Attorney
36th Judicial District
P.O. Box 99
Deridder, La  70634-0099

Hon. Iley H. Evans
District Attorney
37th Judicial District
P.O. Box 839
Columbia, La  71418-0839

Hon. Cecil R. Sanner
District Attorney
38th Judicial District
P.O. Drawer 280
Cameron, La  70631-0280

Hon. William R. Jones
District Attorney
39th Judicial District
P.O. Box 606
Coushatta, La  71019-0606

Hon. John M. Crum, Jr.
District Attorney
40th Judicial District
P.O. Box 399
Laplace, La  70069-0399

Hon. Eddie J. Jordan, Jr.
District Attorney
Orleans Parish
1340 Poydras, Suite 700
New Orleans, La  70112-6005