UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ENTERTAINMENT SOFTWARE ASSN., ET AL.

VERSUS

CHARLES C. FOTI, JR., ETC.

CIVIL ACTION

NO. 06-431 -D

## NOTICE OF SETTING MOTION

A Motion for Summary Judgment was filed by plaintiff, on August 30, 2006. **Opposition(s) to the motion(s) shall be filed within 20 days of the date of this notice. OPPOSITION(S) TO THE MOTION(S) MUST BE FILED TIMELY OR THE MOTION(S) WILL BE CONSIDERED UNOPPOSED**. If an opposition is filed, the mover may file a **reply brief within 15 days** of the filing of the opposition. No motion for leave to file a reply brief will be required if the reply brief is filed in accordance with this schedule. The motion(s) will be submitted upon the expiration of the above-stated deadlines **without oral argument**. No extensions of the above-stated deadlines will be granted absent the filing of a motion for extension supported by a showing of good cause. (The fact that opposing counsel does not oppose an extension is not considered to be good cause.)

Baton Rouge, Louisiana, <u>August 30, 2006</u>.

                JAMES J. BRADY
                UNITED STATES DISTRICT JUDGE

By: _/s/ Suzie Edwards_____

                Suzie Edwards
                Courtroom Deputy