UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MID___ ___ LA

2006 SEP -5 P 2: 30

_____
DEPUTY CLERK

ENTERTAINMENT SOFTWARE ASSN, ET AL.

VERSUS

CHARLES C. FOTI, JR., ETC.

CIVIL ACTION

NO. 06-431-JJB

## O R D E R

IT IS ORDERED that **Oral Argument and Evidentiary Hearing** be held on the motion (doc. 41) by plaintiffs for summary judgment and the motion (doc. 44) by plaintiffs to Certify a Defendant Class on **Wednesday, November 29, 2006,** at 9:30 a.m. in Courtroom One.

Baton Rouge, Louisiana, September 5th, 2006.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA