## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**ENTERTAINMENT SOFTWARE ASSN., ET AL**

**VERSUS**

**CHARLES C. FOTI, JR., ETC.**

**CIVIL ACTION**

**NO. 06-431-D-M2**

# **ORDER**

Considering the Court's Order of September 5, 2006, setting oral argument and an evidentiary hearing in this matter;

**IT IS ORDERED** that the scheduling conference set for October 12, 2006, is hereby **CANCELLED**, and will be reset, if necessary, after the November 29, 2006, hearing before the District Judge.

Signed in chambers in Baton Rouge, Louisiana, October 5, 2006.

**MAGISTRATE JUDGE CHRISTINE NOLAND**