UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ENTERTAINMENT SOFTWARE
ASSOCIATION, ET AL.

VERSUS

CHARLES C. FOTI, JR., ETC.

CIVIL ACTION

NO. 06-431-D

## NOTICE OF SETTING MOTION

A Motion for Attorneys' Fees and Costs was filed by Entertainment Software Association and Entertainment Merchants Association, on December 18, 2006. **Opposition(s) to the motion(s) shall be filed within 20 days of the date of this notice. OPPOSITION(S) TO THE MOTION(S) MUST BE FILED TIMELY OR THE MOTION(S) WILL BE CONSIDERED UNOPPOSED.** If an opposition is filed, the mover may file a **reply brief within 15 days** of the filing of the opposition. No motion for leave to file a reply brief will be required if the reply brief is filed in accordance with this schedule. The motion(s) will be submitted upon the expiration of the above-stated deadlines **without oral argument**. No extensions of the above-stated deadlines will be granted absent the filing of a motion for extension supported by a showing of good cause. (The fact that opposing counsel does not oppose an extension is not considered to be good cause.)

Baton Rouge, Louisiana, December 19, 2006.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE

By: _/s/ Suzie Edwards_

Suzie Edwards
Courtroom Deputy

Dockets.Justia.com