# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA
### BATON ROUGE

| | |
|---|---|
| **ENTERTAINMENT SOFTWARE ASSOC.** | **CIVIL ACTION NO. 3:06CV431** |
| **VERSUS** | **JUDGE BRADY** |
| **CHARLES C. FOTI** | **MAGISTRATE JUDGE NOLAND** |

## NOTICE OF DEFICIENT DOCUMENT

**NOTICE TO FILER:**

The Motion for Leave to File a Supplemental Brief filed on January 4, 2007 by Entertainment Software Association was DEFICIENT for the following reason(s):

✓     A motion for leave to file must be accompanied by a separately captioned proposed pleading. The court will not act on such a motion without reviewing the document sought to be filed.

The motion cannot be referred to chambers until this deficiency is corrected.

**If you have a CM/ECF login and password, you may electronically submit your "Corrective Document". Otherwise, please return this notice and only the necessary corrected papers to the undersigned docket clerk at the address given below within 7 days from the date of this notice or the document may be stricken by the court. PLEASE ENTITLE THE SUBMISSION, "CORRECTIVE DOCUMENT."** Please note that all filing deadlines previously set remain in effect. Issuance of this deficiency does not amount to an extension of any deadline.

For questions regarding this document or transmission, please call our CM/ECF help desk toll free 1-866-558-6631 or in the Baton Rouge area 225-389-3552.

**Please electronically submit or return your "corrective document" to: Clerk, U. S. District Court, ATTN: Nicole' Toups, 777 Florida St., Suite 139, Baton Rouge, LA 70801.**

Baton Rouge, Louisiana, January 5, 2007.

                                        Nick J. Lorio
                                        CLERK OF COURT