FILED
U.S. DIST COURT
MIDDLE OF LA
2007 JAN -8 A 10: 47

BY DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ENTERTAINMENT SOFTWARE ASSOCIATION AND ENTERTAINMENT MERCHANTS ASSOCIATION, | * * * * | |
| Plaintiffs, | * * | CIVIL ACTION NO. 06-431-JJB-CN |
| vs. | * * | |
| CHARLES C. FOTI, JR., in his official capacity as Attorney General of the State of Louisiana; and DOUG MOREAU, in his official capacity on behalf of himself as District Attorney for the Parish of East Baton Rouge, and on behalf of a class of similarly situated individuals in their official capacities, | * * * * * * * * * | SECTION "D" Judge James J. Brady |
| Defendants. | * | |

## ORDER GRANTING MOTION TO SUPPLEMENT FEE PETITION

Having reviewed Plaintiffs' Ex Parte Motion to Supplement their fee petition of December 18, 2006,

IT IS ORDERED that the motion is GRANTED, and Plaintiffs' fee petition is supplemented as prayed for.

Baton Rouge, Louisiana, this 5th day of January, 2007.

_____
United States District Judge James J. Brady

650303_1

Dockets.Justia.com