# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ENTERTAINMENT SOFTWARE ASSOCIATION AND ENTERTAINMENT MERCHANTS ASSOCIATION** **VERSUS** | **CIVIL ACTION  NO. 06-431-JJB-CN** |
| **Plaintiffs** | **SECTION** |
| **VERSUS** | **JUDGE BRADY** |
| **CHARLES C. FOTI, in his official ACTION capacity as Attorney General of the State of Louisiana; and DOUG MOREAU, in his official capacity on behalf of himself as District Attorney for the Parish of East Baton Rouge, and on behalf of a class of similarly situated individuals in their official capacities** | **COMPLAINT-CLASS** |
| **Defendants** | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION TO SUBSTITUTE

**NOW INTO COURT,** through undersigned counsel, comes the defendant, CHARLES C. FOTI, JR., Attorney General of Louisiana, who moves this Court as follows:

1.

Counsel of record for defendant is David G. Sanders, Assistant Attorney General for the Louisiana Department of Justice.

2.

Counsel of record is no longer assigned to this case by the Department of Justice.

3.

New counsel assigned to represent defendant in this matter is Assistant Attorney General Scott G. Vincent.

4.

Defendant moves that Assistant Attorney General Scott G. Vincent be enrolled as counsel of record for defendants in lieu of David G. Sanders.

**WHEREFORE,** defendant prays that Assistant Attorney General Scott G. Vincent be enrolled and substituted as counsel of record for defendant in the above entitled and numbered matter, and that the name of former counsel of record, Assistant Attorney David G. Sanders, be deleted.

Respectfully submitted,

**CHARLES C. FOTI, JR.**
**ATTORNEY GENERAL**

**BY: ___s/David G. Sanders_**
**David G. Sanders (#11696)**

**BY: ___s/Scott G. Vincent__**
**Scott G. Vincent (#14478)**

**Assistant Attorneys General**
**Louisiana Department of Justice**
**Litigation Division**
**P.O. Box 94005**
**Baton Rouge, LA 70804-9005**
**Telephone: (225) 326-6300**
**Facsimile: (225) 326-6495**
**Email: Vincents@ag.state.la.us**

## CE CERTIFICATE OF SERVICE

I HEREBY CERTIFY the above and foregoing **MOTION** and proof/notice of its being filed electronically with the Clerk of Court for the United States District Court – Middle District of Louisiana, has been served upon all counsel by electronic mail on this 12th day of January, 2007.

                                                 /s Scott G. Vincent
                                                 Scott G. Vincent (14478)

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ENTERTAINMENT SOFTWARE ASSOCIATION AND ENTERTAINMENT MERCHANTS ASSOCIATION<br>VERSUS<br>    **Plaintiffs**<br>VERSUS<br>CHARLES C. FOTI, in his official ACTION<br>capacity as Attorney General of the State of Louisiana; and DOUG MOREAU, in his official capacity on behalf of himself as District Attorney for the Parish of East Baton Rouge, and on behalf of a class of similarly situated individuals in their official capacities<br>    **Defendants** | CIVIL ACTION NO.<br>06-431-JJB-CN<br><br>SECTION<br><br>JUDGE BRADY<br><br>COMPLAINT-CLASS |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Considering the above and foregoing Motion to Substitute filed on behalf of the defendant;

**IT IS ORDERED** that David G. Sanders be deleted as counsel of record for the defendant, CHARLES C. FOTI, JR., Attorney General of the State of Louisiana, and that Scott G. Vincent be substituted in his place.

Baton Rouge, Louisiana this _____ day of January, 2007.

_____
JUDGE