UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ENTERTAINMENT SOFTWARE ASSOCIATION AND ENTERTAINMENT MERCHANTS ASSOCIATION** **VERSUS**  Plaintiffs **VERSUS** **CHARLES C. FOTI,** in his official capacity as Attorney General of the State of Louisiana; and **DOUG MOREAU,** in his official capacity on behalf of himself as District Attorney for the Parish of East Baton Rouge, and on behalf of a class of similarly situated individuals in their official capacities  Defendants | **CIVIL ACTION NO. 06-431-JJB-CN** **SECTION** **JUDGE BRADY** **COMPLAINT-CLASS ACTION** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR EXTENSION OF TIME TO FILE BRIEF

**NOW INTO COURT,** comes the Defendant, Charles C. Foti, Jr., Attorney General for the State of Louisiana, through undersigned Assistant Attorney General, who respectfully requests an extension of time to file an opposition to Motion for Attorney's Fees and Costs filed on behalf of plaintiffs upon representing to the court that undersigned counsel has this date been retained to represent the defendant and therefore requests a short extension of time to respond to said Motion. Undersigned counsel certifies to the Court that he has contacted opposing counsel, who has no opposition to the present Motion.

**WHEREFORE,** defendant respectfully requests that this Honorable Court grant an extension of time until January 16, 2007, to file the an opposition to the Motion for Attorney's Fees and Costs.

1

Respectfully submitted:

**CHARLES C. FOTI, JR.
ATTORNEY GENERAL**

BY: ___s/Scott G. Vincent____
**SCOTT G. VINCENT
ASSISTANT ATTORNEY GENERAL**

**LOUISIANA DEPARTMENT OF JUSTICE
CIVIL RIGHTS SECTION
LITIGATION DIVISION**
1885 North Third Street
4th Floor, P. O. Box 94005
Baton Rouge, LA 70804-9005
Telephone No. (225) 326-6300
Fax No.         (225) 326-6495

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 12th day of January, 2007, a copy of the above and foregoing pleading was filed electronically with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all parties of interest by operation of the court's electronic filing system.

____/s Scott G. Vincent_____

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ENTERTAINMENT SOFTWARE ASSOCIATION AND ENTERTAINMENT MERCHANTS ASSOCIATION<br>VERSUS<br>        **Plaintiffs**<br>VERSUS<br>CHARLES C. FOTI, in his official capacity as Attorney General of the State of Louisiana; and DOUG MOREAU, in his official capacity on behalf of himself as District Attorney for the Parish of East Baton Rouge, and on behalf of a class of similarly situated individuals in their official capacities<br>        **Defendants** | CIVIL ACTION  NO.<br>06-431-JJB-CN<br><br>SECTION<br><br>JUDGE BRADY<br><br>COMPLAINT-CLASS ACTION |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Considering the Motion for an Extension of Time to File Brief filed by the Defendant, Charles C. Foti, Jr;

**IT IS ORDERED** that the Motion for Extension be and the same is hereby granted and that Attorney General Foti is granted an extension of time until January 15, 2007, to file an opposition to the Motion for Attorney's Fees and Costs filed on behalf of plaintiffs.

Baton Rouge, Louisiana, this _____ day of January, 2007.

_____
**JUDGE**