UNITED STATES DISTRICT COURT

FILED
U.S. DIST COURT
MIDD[...] LA

MIDDLE DISTRICT OF LOUISIANA

2001 JAN 16 ₱ 4: 03

ENTERTAINMENT SOFTWARE
ASSOCIATION AND ENTERTAINMENT
MERCHANTS ASSOCIATION
VERSUS

CIVIL ACTION NO.
06-431-JJB-CN
BY DEPUTY CLERK

Plaintiffs

SECTION

VERSUS

JUDGE BRADY

CHARLES C. FOTI, in his official
capacity as Attorney General of the
State of Louisiana; and DOUG MOREAU,
in his official capacity on behalf of himself
as District Attorney for the Parish of East
Baton Rouge, and on behalf of a class of
similarly situated individuals in their official
capacities

COMPLAINT-CLASS ACTION

Defendants

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Motion for an Extension of Time to File Brief filed by the Defendant, Charles C. Foti, Jr;

**IT IS ORDERED** that the Motion for Extension be and the same is hereby granted and that Attorney General Foti is granted an extension of time until January 15, 2007, to file an opposition to the Motion for Attorney's Fees and Costs filed on behalf of plaintiffs.

Baton Rouge, Louisiana, this 16th day of January, 2007.

JUDGE

3

Dockets.Justia.com