UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ENTERTAINMENT SOFTWARE ASSOCIATION AND ENTERTAINMENT MERCHANTS ASSOCIATION** | **CIVIL ACTION NO. 06-431-JJB-CN** |
| **Plaintiffs** | **SECTION "D"** |
| vs. | **JUDGE BRADY** |
| **CHARLES C. FOTI, in his official capacity as Attorney General of the State of Louisiana; and DOUG MOREAU, in his official capacity on behalf of himself as District Attorney for the Parish of East Baton Rouge, and on behalf of a class of similarly situated individuals in their official capacities** | |
| **Defendants** | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## REQUEST FOR ORAL ARGUMENT

In compliance with LR 78.1M, defendant, Charles C. Foti Jr., Attorney General for the State of Louisiana, hereby requests oral argument on the Motion for Attorney's Fees and Costs filed on behalf of plaintiffs on the grounds that oral argument will be helpful to the Court and counsel given the numerosity and complexity of the legal issues and factual matters raised in the Motion.

Respectfully submitted,

**CHARLES C. FOTI, JR.
ATTORNEY GENERAL**

BY:   \_\_s/ Scott G. Vincent \_\_\_
   Scott G. Vincent (#14478)
   Assistant Attorney General

Louisiana Department of Justice

Litigation Division
P.O. Box 94005
Baton Rouge, LA 70804-9005
Telephone: (225) 326-6300
Facsimile:   (225) 326-6495

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 17th day of January, 2007, a copy of the above and foregoing pleading was filed electronically with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all parties of interest by operation of the court's electronic filing system.

_s/ Scott G. Vincent _____

2