FILED
U.S. DIST COURT
MIDDLE DISTRICT OF LA

2007 JAN 16 P 4: 02

_____
BY DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ENTERTAINMENT SOFTWARE ASSOCIATION AND ENTERTAINMENT MERCHANTS ASSOCIATION | CIVIL ACTION NO. 06-431-JJB-CN |
| VERSUS | |
| Plaintiffs | SECTION |
| VERSUS | JUDGE BRADY |
| CHARLES C. FOTI, in his official capacity as Attorney General of the State of Louisiana; and DOUG MOREAU, in his official capacity on behalf of himself as District Attorney for the Parish of East Baton Rouge, and on behalf of a class of similarly situated individuals in their official capacities | COMPLAINT-CLASS ACTION |
| Defendants | |

*************************************************************

## ORDER

Considering the above and foregoing Motion to Substitute filed on behalf of the defendant;

**IT IS ORDERED** that David G. Sanders be deleted as counsel of record for the defendant, CHARLES C. FOTI, JR., Attorney General of the State of Louisiana, and that Scott G. Vincent be substituted in his place.

Baton Rouge, Louisiana this _16_ day of January, 2007.

_____
JUDGE