UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ENTERTAINMENT SOFTWARE ASSOCIATION AND ENTERTAINMENT MERCHANTS ASSOCIATION** | **CIVIL ACTION NO. 06-431-JJB-CN** |
| **VERSUS** | |
| **Plaintiffs** | **SECTION** |
| **VERSUS** | **JUDGE BRADY** |
| **CHARLES C. FOTI, in his official capacity as Attorney General of the State of Louisiana; and DOUG MOREAU, in his official capacity on behalf of himself as District Attorney for the Parish of East Baton Rouge, and on behalf of a class of similarly situated individuals in their official capacities** | **COMPLAINT-CLASS ACTION** |
| **Defendants** | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## EX PARTE MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM

**NOW INTO COURT,** through undersigned counsel, comes defendant, Charles C. Foti, Jr., Attorney General for the State of Louisiana, who, upon representing to the Court that defendant filed his Memorandum in Opposition to Plaintiffs' Motion for Attorney's Fees and Costs on January 16, 2007; and upon further suggesting to the Court that plaintiffs filed their Reply Brief on January 31, 2007; and upon further suggesting to the Court that defendant would like the opportunity to respond to the arguments raised in plaintiffs' Reply Brief, hereby moves the Court for leave to file the attached Supplemental Memorandum in Opposition to Motion for Attorney's Fees and Costs.

Undersigned counsel certifies to the Court that he has contacted opposing counsel, who opposes the present Motion.

**WHEREFORE**, defendant, Charles C. Foti, Jr., Attorney General for the State of Louisiana, prays that this Motion be granted and that he be permitted to file the attached Supplemental Opposition Memorandum.

Respectfully submitted,

**CHARLES C. FOTI, JR.**
**ATTORNEY GENERAL**

BY:   \_\_s/ Scott G. Vincent\_\_\_\_
         Scott G. Vincent (#14478)
         Assistant Attorney General

Louisiana Department of Justice
Litigation Division
P.O. Box 94005
Baton Rouge, LA 70804-9005
Telephone: (225) 326-6300
Facsimile:  (225) 326-6495

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 9th day of February, 2007, a copy of the above and foregoing pleading was filed electronically with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all parties of interest by operation of the court's electronic filing system.

  \_s/ Scott G. Vincent_____

˘2˘

Case 3:06-cv-00431-JJB-CN    Document 70    02/09/2007    Page 2 of 3

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ENTERTAINMENT SOFTWARE ASSOCIATION AND ENTERTAINMENT MERCHANTS ASSOCIATION<br>VERSUS<br>      **Plaintiffs**<br>VERSUS<br>CHARLES C. FOTI, in his official capacity as Attorney General of the State of Louisiana; and DOUG MOREAU, in his official capacity on behalf of himself as District Attorney for the Parish of East Baton Rouge, and on behalf of a class of similarly situated individuals in their official capacities<br>      **Defendants** | CIVIL ACTION NO. 06-431-JJB-CN<br><br>SECTION<br><br>JUDGE BRADY<br><br>COMPLAINT-CLASS ACTION |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Considering the foregoing Motion;

**IT IS ORDERED** that Attorney General Foti be and he is hereby granted leave to file his Supplemental Memorandum in Opposition to Motion for Attorney's Fees and Costs in this matter. The Clerk of Court is directed to file the attached Supplemental Opposition Memorandum into the record in these proceedings.

**BATON ROUGE, LOUISIANA,** this ___ day of February, 2007.

_____
UNITED STATES DISTRICT JUDGE

˘3˘

Case 3:06-cv-00431-JJB-CN   Document 70   02/09/2007   Page 3 of 3