UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2007 FEB -9 P 4:01

| | |
|---|---|
| ENTERTAINMENT SOFTWARE ASSOCIATION AND ENTERTAINMENT MERCHANTS ASSOCIATION<br>VERSUS<br>　　　　Plaintiffs<br>VERSUS<br>CHARLES C. FOTI, in his official capacity as Attorney General of the State of Louisiana; and DOUG MOREAU, in his official capacity on behalf of himself as District Attorney for the Parish of East Baton Rouge, and on behalf of a class of similarly situated individuals in their official capacities<br>　　　　Defendants | CIVIL ACTION NO.<br>06-431-JJB-CN<br><br>SECTION<br><br>JUDGE BRADY<br><br>COMPLAINT-CLASS ACTION |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the foregoing Motion;

**IT IS ORDERED** that Attorney General Foti be and he is hereby granted leave to file his Supplemental Memorandum in Opposition to Motion for Attorney's Fees and Costs in this matter. The Clerk of Court is directed to file the attached Supplemental Opposition Memorandum into the record in these proceedings.

**BATON ROUGE, LOUISIANA,** this 9th day of February, 2007.

_____
UNITED STATES DISTRICT JUDGE

-3-

Case 3:06-cv-00431-JJB-CN    Document 71    02/09/2007    Page 1 of 1
dockets.Justia.com