IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ENTERTAINMENT SOFTWARE ASSOCIATION AND ENTERTAINMENT MERCHANTS ASSOCIATION, | * * * * | |
| Plaintiffs, | * * | CIVIL ACTION NO. 06-431-JJB-CN |
| vs. | * * | |
| CHARLES C. FOTI, JR., in his official capacity as Attorney General of the State of Louisiana; and DOUG MOREAU, in his official capacity on behalf of himself as District Attorney for the Parish of East Baton Rouge, and on behalf of a class of similarly situated individuals in their official capacities, | * * * * * * * * * | SECTION "D" Judge James J. Brady |
| Defendants. | * | |

## PLAINTIFFS' EX PARTE MOTION FOR LEAVE TO FILE RESPONSE TO THE ATTORNEY GENERAL'S SURREPLY

NOW INTO COURT, through undersigned counsel, come Plaintiffs Entertainment Software Association and Entertainment Merchants Association, who respectfully move this Court for leave to file a response to the Surreply filed by the Attorney General on February 9, 2007, regarding the petition for fees filed by Plaintiffs in the above-captioned matter. Plaintiffs ask that they be allowed to file the accompanying short response to provide a full response to the Attorney General's submission, which contains material misstatements of law, as well as new citations and arguments not presented in his earlier opposition brief.

Dockets.Justia.

Respectfully submitted,

_____
James A. Brown, T.A. (Bar #14101)
George Denegre, Jr. (Bar #8387)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

and

Paul M. Smith
Katherine A. Fallow
Matthew S. Hellman
JENNER & BLOCK LLP
601 13th Street, NW, Suite 1200
Washington, DC 20005
Telephone: (202) 639-6000
Facsimile: (202) 639-6066

Attorneys for Entertainment Software Association
and Entertainment Merchants Association

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served upon all counsel of record by placing same in the United States mail, properly addressed and postage prepaid, this 12th day of February, 2007.

_____

655767_1

IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ENTERTAINMENT SOFTWARE ASSOCIATION AND ENTERTAINMENT MERCHANTS ASSOCIATION, | * * * * | |
| Plaintiffs, | * * | CIVIL ACTION NO. 06-431-JJB-CN |
| vs. | * * | |
| CHARLES C. FOTI, JR., in his official capacity as Attorney General of the State of Louisiana; and DOUG MOREAU, in his official capacity on behalf of himself as District Attorney for the Parish of East Baton Rouge, and on behalf of a class of similarly situated individuals in their official capacities, | * * * * * * * * * | SECTION "D" Judge James J. Brady |
| Defendants. | * | |

## ORDER

Considering Plaintiffs' Ex Parte Motion for Leave to File Response to the Attorney General's Surreply;

IT IS ORDERED that the Motion is granted and that plaintiffs' response is hereby filed in the record of this case.

Baton Rouge, Louisiana, this _____ day of February, 2007.

_____
UNITED STATES DISTRICT JUDGE

655762_1