IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ENTERTAINMENT SOFTWARE ASSOCIATION AND ENTERTAINMENT MERCHANTS ASSOCIATION, | |
| Plaintiffs, | CIVIL ACTION NO. 06-431-JJB-CN |
| vs. | |
| CHARLES C. FOTI, JR., in his official capacity as Attorney General of the State of Louisiana; and DOUG MOREAU, in his official capacity on behalf of himself as District Attorney for the Parish of East Baton Rouge, and on behalf of a class of similarly situated individuals in their official capacities, | SECTION "D" Judge James J. Brady |
| Defendants. | |

## O R D E R

Considering Plaintiffs' Ex Parte Motion for Leave to File Response to the Attorney General's Surreply;

IT IS ORDERED that the Motion is granted and that plaintiffs' response is hereby filed in the record of this case.

Baton Rouge, Louisiana, this 13th day of February, 2007.

_____
UNITED STATES DISTRICT JUDGE

655762_1

1

Case 3:06-cv-00431-JJB-CN   Document 74   02/13/2007   Page 1 of 1

Dockets.Justia.com