UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ENTERTAINMENT SOFTWARE ASSOCIATION AND ENTERTAINMENT MERCHANTS ASSOCIATION | CIVIL ACTION<br><br>NO. 06-431-JJB-CN |
| VERSUS | |
| CHARLES C. FOTI &<br>DOUG MOREAU | |

### AMENDED TAXATION OF COSTS

Judgment having been entered in this matter on December 5, 2006 in favor of the plaintiffs, Entertainment Software Association and Entertainment Merchants Association against defendants Charles C. Foti and Doug Moreau.

Costs in the amount of $2,621.53 are hereby taxed against the defendants as follows:

### COSTS ALLOWED

| | |
|---|---|
| **Copies** | $1880.83 |
| **Docket Fees** | $350.00 |
| **Transcript of Oral Arguement on 6/30/06** | 260.70 |
| **Fees for Service of Summons** | 130.00 |

### COSTS DISALLOWED

The following costs are seen as an expense of counsel and therefore not taxable:

| | |
|---|---|
| **Filing Fee for Motion to Appear Pro Hac Vice** | 50.00 |
| **Facsimile Charges** | 675.00 |
| **Long Distance Telephone Charges** | 93.02 |
| **Air Shipment of Documents, Local Delivery Service** | 283.16 |

| | |
|---|---:|
| **Westlaw Research Charges** | 948.12 |
| **Travel expenses of George Denegre** | 249.20 |
| **Travel expenses of Katherine A. Fallow** | 1700.80 |

Pursuant to rule 54(d) of the Federal Rules of Civil Procedure, the above determination may be reviewed by the court, provided a Motion to Review is filed within **five (5) days** from receipt of this Taxation of Costs.

Baton Rouge, Louisiana, August 6, 2007.

Nick J. Lorio, Clerk of Court

By: _/s/ Donna Gregory_
Deputy Clerk